No. 5. SAWYER, SECRETARY OF COMMERCE, ET AL. *v.* DOLLAR ET AL.; and
No. 6. IN RE KILLION. On writs of certiorari, 342 U. S. 875, to the United States Court of Appeals for the District of Columbia Circuit. The judgment of the Court of Appeals is vacated and the cases are remanded to that court with directions to dismiss the proceedings upon the

ground that the cause is moot. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these cases. *Attorney General McGranery* and *C. Dickerman Williams* for Sawyer, Secretary of Commerce, et al., petitioners in No. 5. *Arthur B. Dunne* for petitioner in No. 6. *Herman Phleger, Gregory A. Harrison, Moses Lasky, Edmund L. Jones* and *Howard Boyd* for respondents. Reported below: 89 U. S. App. D. C. 38, 190 F. 2d 623.